UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 30 AM 11: 19

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-319 |
| v. | * | SECTION: "D" |
| HARRY HANDY | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Tony Gordon Sanders be substituted for John Morrello as counsel of record for the United States of America.

New Orleans, Louisiana this 29th day of January, 2007.

HONORABLE A. J. McNAMARA
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____